

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019

No. 04-18-00762-CV

Anthony Chijioke **NGWU**,
Appellant

v.

Vera Amuche **TONI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

On March 29, 2019, appellee filed her appellee's brief. Appellee's brief violates Texas Rule of Appellate Procedure 9.9 in that the brief includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.9 (indicating sensitive data, such as the name of any person who was a minor when underlying suit was filed, may not be filed with court and must be redacted).

We therefore **ORDER** that appellee's brief is **STRICKEN**. We further **ORDER** appellee to file an amended appellee's brief in compliance with Texas Rule of Appellate Procedure 9.9 on or before **May 1, 2019**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

Entered on this 24th day of April, 2019.

Attested to: _____
Keith E. Hottle,
Clerk of Court

**PER CURIAM**